JOHN HECHT, Respondent, *v.* OCCHIPINTI REALTY COMPANY, INC., et al., Appellants.

Argued October 4, 1938; decided October 18, 1938.

*Alexander E. Rosenthal* and *Irving Segal* for appellants.

*Francis Dean, John Collins* and *Henry P. Velte* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.